AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Medical Instruments Development, Inc., <br> *Plaintiff* <br> v. <br> Cook Incorporated and Cook Medical Incorporated <br> *Defendant* | ) ) ) ) ) ) | Case No.   09 CV 1409 (JFB) (ETB) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cook Incorporated and Cook Medical Incorporated

Date:     11/23/2009

*Attorney's signature*

John A. Mancini
*Printed name and bar number*

Mayer Brown LLP
1675 Broadway
New York, NY 10091

*Address*

jmancini@mayerbrown.com
*E-mail address*

(212) 506-2295
*Telephone number*

(212) 849-5895
*FAX number*