AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Medical Instruments Development, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  09-cv-1409 (JFB) (ETB) |
| Cook Inc. and Cook Medical inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Medical Instruments Development, Inc.

Date:  5/12/10

*Attorney's signature*

Jonathan M. Sobel JS-4079
*Printed name and bar number*

Sobel & Feller LLP
444 Madison Ave., 17th Floor
New York, NY 10022

*Address*

jmsobel@sobelfeller.com
*E-mail address*

212-308-0600
*Telephone number*

212-308-0611
*FAX number*