# EXHIBITS C – Q SUBMITTED IN CAMERA

The initial production numbers for the submitted documents are identified below.  Some documents have been submitted in excerpt form due to length

| Exhibit | | Production Number |
|---|---|---|
| Exhibit C | - | COOK0036319 |
| Exhibit D | - | COOK0028191 |
| Exhibit E | - | COOK0030072 |
| Exhibit F | - | COOK0011308 |
| Exhibit G | - | COOK0011386 |
| Exhibit H | - | COOK0011056 |
| Exhibit I | - | COOK0011347 |
| Exhibit J | - | COOK0051565 |
| Exhibit K | - | COOK0030433 |
| Exhibit L | - | COOK0030449 |
| Exhibit M | - | COOK0054210 |
| Exhibit N | - | COOK0037914 |
| Exhibit O | - | COOK0028018 |
| Exhibit P | - | COOK0030099 |
| Exhibit Q | - | COOK0031772 |