BEFORE:  **E. THOMAS BOYLE**         DATE: <u>JANUARY 13, 2011</u>
            UNITED STATES MAGISTRATE JUDGE    TIME: <u>11:00 A.M.</u>

                                                       ASSIGNED JUDGE: **BIANCO**

DOCKET NO. <u>CV-09-1409</u>  CASE: <u>**MEDICAL INSTRUMENTS DEVELOPMENT INC.  V.  COOK INC.**</u>

### CIVIL CONFERENCE

Initial __ Status <u>X</u> Discovery __ Settlement ____ Final Pre-trial ___     FTR = 11:09 – 11:44

Motion :

Automatic Discovery: Has been (____) Has Not Been (____) Completed.

APPEARANCES:    <u>Plaintiff</u>                <u>Defendant</u>

                 <u>Jonathan M. Sobel</u>    <u>James R. Ferguson</u>

\* Discovery completed by  _____

\*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference <u>9/14/11 @ 2:00 pm</u>

Pre-Trial Order filed by _____

     Plaintiff  _____

     Defendant _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall ___ 'l automatic disclosure (Rule 26(a)(1)) by _____
   Defendant(s) ___ .il automatic disclosure (Rule 26(a)(1)) by _____

2. The pa___ .ve document production/interrogatory demands by _____
   The ___ . respond to outstanding document production/.gatories by _____

*[handwritten ruling:]* The parties are 18 mos. into fact discovery which has previously been extended out by 2 months (to 2/28/11) and not a single deposition has taken place. Fact discovery is extended to 4/30/11 provided however that the parties shall proceed on a dual track with regard to expert discovery which shall commence on 3/1/11 and terminate on 6/30/11.

*/s/ E. Thomas Boyle, U.S.M.J.*